UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23278-CIV-GOLD/WHITE

LESLIE JORDAN,

    Plaintiff,

v.

BUREAU OF PRISONS, FEDERAL
DETENTION CENTER MIAMI,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE WHITE; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report and Recommendations [DE 10], issued April 3, 2008 (hereinafter, the "Report"). The Report recommends that Plaintiff's Complaint be dismissed without prejudice for lack of prosecution. No objections to the Report have been filed, and the time for doing so has expired. Having reviewed the Report, the record and applicable law, and noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED:

1. The Report [DE 10] is AFFIRMED AND ADOPTED.
2. Plaintiff's Complaint [DE 1] is DISMISSED WITHOUT PREJUDICE for lack of prosecution.
3. All pending motions are DENIED AS MOOT.
4. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2008.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

cc:
Magistrate Judge White
All Counsel of Record

From Chambers via U.S. mail:
Leslie M. Jordan, *pro se*
91449646
Stewart Detention Center
P.O. Box 248
Lumpkin, Ga 31815